No. 15,760.

Niles *v.* Hunter et al.

(188 P. [2d] 442)

Decided November 24, 1947.  Rehearing denied January 12, 1948.

Per Curiam.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Stone and Mr. Justice Hays, participating.

Mr. William Albion Carlson, Mr. Wilbur A. E. Mitchell, Mr. Herbert E. Mann, for plaintiff in error.

Mr. Barnard Houtchens, Mr. Karl R. Ahlborn, for defendants in error Hunter and Towning.

Mr. William R. Kelly, Mr. Tyndall Snyder, for defendant in error Adrian.